**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

TIMOTHY ROBERTS

                    Plaintiff,

 v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al

                    Defendants.

CASE NO. 4:26-cv-00058

## <u>NOTICE OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC</u>

    **NOW COMES** Plaintiff, Timothy Roberts ("Plaintiff"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses, with prejudice, each claim and count therein asserted by Plaintiff against Trans Union, LLC ("Trans Union") in the above-styled action, with Plaintiff and Trans Union to bear their own fees, costs and expenses. This Notice of Dismissal does not impact Plaintiff's claims against any other defendant.

Respectfully submitted,

Dated: June 2, 2026

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
Telephone: 225-412-2777
8570 Anselmo Ln.
Baton Rouge, LA, 70810
jraburn@raburnkaufman.com

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**
Texas Bar No. 18191480
psheldon@qslwm.com
QUILLING, SELANDER,
LOWNDS,  WINSLETT &
MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of June 2026, I electronically filed the

foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid

via Notice of Electronic Filing upon all parties of record.

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF