**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

TIMOTHY ROBERTS

              Plaintiff,

 v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al

              Defendants.

CASE NO. 4:26-cv-00058

## **ORDER OF DISMISSAL**

It is ordered by this Honorable Court that Plaintiff's claims in this matter are hereby dismissed with prejudice as to Trans Union, LLC. Both parties will bear their own attorney's fees and costs incurred in this action.

      **IT IS SO ORDERED**.

      **SIGNED this 8th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE