## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| TIMOTHY ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. 4:26-cv-00058-ALM |
| SOLUTIONS, INC., EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, and | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S
### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule CV-11(c), Defendant Experian Information Solutions, Inc.

("Experian") hereby moves for leave to withdraw the appearance of William J. Snyder as

counsel for Experian in this action and in support states as follows:

1. On February 24, 2026, William J. Snyder of the law firm Jones Day appeared as counsel

   of record for Experian in this matter.

2. On June 23, 2026, Fatmeh Basma, of the law firm Goodwin Procter LLP, filed a notice of

   appearance in this matter. Her contact information is as follows:

   Fatmeh Basma
   Goodwin Procter, LLP,
   1900 N Street, N.W.
   Washington, D.C. 20036
   202-346-4000
   FBasma@goodwinlaw.com

3. Goodwin Procter LLP, will represent Experian in this matter going forward. Accordingly, the withdrawal of William J. Snyder will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. All parties have been notified of this request. For the foregoing reasons, Experian respectfully requests that the Court grant an Order withdrawing William J Snyder as counsel for Experian in this matter.

June 24, 2026

Respectfully submitted,

/s/ William J. Snyder

William J. Snyder
Texas Bar No. 24131675
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Tel:  (214) 969-4584
Fax:  (214) 969-5100
Email: wsnyder@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served on all parties and counsel of record via CM/ECF.

*/s/ William J. Snyder*
William J. Snyder

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 24, 2026, I conferred with counsel for Plaintiff, who did not oppose the relief requested herein.

*/s/ William J. Snyder*
William J. Snyder