# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. 4:26-cv-00058-ALM |
| SOLUTIONS, INC., EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, and | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having reviewed Experian Information Solutions, Inc.'s Motion to Withdraw as Counsel (Dkt. #23), hereby **GRANTS** the Motion.

William J. Snyder is hereby withdrawn from the above-captioned matter. The Clerk of Court is directed to remove William J. Snyder as counsel of record. Fatmeh Basma, of Goodwin Procter LLP, shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

 **SIGNED this 8th day of July, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE